IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUMAN TOLLIVER and          :
SHERRIE TOLLIVER              :
                             :    CIVIL ACTION NO.  02-CV-3387
            Plaintiffs,       :
                             :
      v.                      :
                             :
BAYER CORPORATION;            :    ENTRY OF APPEARANCE
BAYER AG;                     :
GLAXOSMITHKLINE, PLC;         :
GLAXOSMITHKLINE;              :
SMITHKLINE BEECHAM            :
                             :
            Defendants.       :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____          _____
Hope S. Freiwald                    Aline Fairweather


_____          _____
Alison T. Conn                      Kirstin J. Miller


Dated:  July 25, 2002              DECHERT PRICE & RHOADS
                                    4000 Bell Atlantic Tower
                                    1717 Arch Street
                                    Philadelphia, PA  19103-2793
                                    (215) 994-4000